COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:       Oscar Axcel Duron v. The State of Texas

Appellate case number:    01-18-0376-CR

Trial court case number:  1507865

Trial court:                      176th District Court of Harris County

A jury convicted appellant, Oscar Axcel Duron, of the felony offense of aggravated robbery and assessed his punishment at confinement for fifteen years. And, the trial court appointed Brian M. Middleton to represent appellant on appeal. Appointed counsel has filed a motion to withdraw with a brief concluding that this appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967).

Brian M. Middleton is now the Fort Bend County District Attorney; therefore, appellant is not currently represented by counsel. Accordingly, we abate the appeal and remand the case to the trial court to permit Brian M. Middleton's withdrawal and to appoint substitute counsel, at no expense to appellant, to represent him on appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(a), (c), (d)(1); 26.04(p).[1]

The trial court clerk is directed to file a supplemental clerk's record containing the new counsel's name and contact information, and any trial court orders, findings or recommendations with this Court no later than 30 days from the date of this order.

---

[1]    Until an *Anders* motion to withdraw is granted, counsel continues to represent his client and, among other things, "must respond to his client's questions, must send him a copy of the decision by the court of appeals, [and] must ensure that his client has been informed of his right to file a *pro se* PDR." *In re Schulman*, 252 S.W.3d 403, 411 (Tex. Crim. App. 2008) (footnotes omitted). We will not grant counsel's motion to withdraw until "decid[ing] whether the appeal is, in fact, wholly frivolous, or whether there are any arguable claims of merit." *Id.* at 410.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                  ☑ Acting individually    ☐ Acting for the Court

Date: ___February 26, 2019_____